UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-109-CIV-GARBER

ACCESS NOW, INC., et. al.,

       Plaintiffs,

v.

AMBULATORY SURGERY
CENTER GROUP, LTD., et. al.,

       Defendants.

_____/

## ORDER GRANTING THE PARTIES' STIPULATION OF SETTLEMENT AS TO DEFENDANT, COLUMBIA SURGICARE OF AUGUSTA, LTD.

This cause having come before the Court on the Joint Motion of the Parties'

Stipulation of Settlement as to Defendant, Columbia Surgicare of Augusta, Ltd., and the

Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby **GRANTED.** The

Plaintiffs and Defendants Stipulation of Settlement as to Columbia Surgicare of

Augusta, Ltd. is hereby approved by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___3___ day of June,

2008.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc:    All Parties of Record