UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 99-109-CIV-GARBER

ACCESS NOW, INC., et. al.,

      Plaintiffs,

v.

AMBULATORY SURGERY
CENTER GROUP, LTD., et. al.,

      Defendants.

_____/

## ORDER GRANTING THE PARTIES' STIPULATION OF SETTLEMENT AS TO DEFENDANT, SURGERY CENTER OF ROME, L.P.

This cause having come before the Court on the Joint Motion of the Parties' Stipulation of Settlement as to Defendant, Surgery Center of Rome, L.P., and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby **GRANTED.** The Plaintiffs and Defendants Stipulation of Settlement as to Surgery Center of Rome, L.P. is hereby approved by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this _3rd_ day of June, 2008.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc:    All Parties of Record