UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT FOR FLORIDA

Case No. 99-109-CIV-GARBER

ACCESS NOW, INC., et al.,

    Plaintiffs,

v.

AMBULATORY SURGERY CENTER
GROUP, LTD., et al.,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO POSTPONE HEARING ON SETTLEMENT
OF TRIDENT MEDICAL CENTER, LLC.**

The Court hereby directs that the Stipulation of Settlement of TRIDENT MEDICAL CENTER, LLC will not be considered at the August 5, 2010 Fairness Hearing, but instead will be considered at a later date.

**DONE AND ORDERED** in Chambers in Miami, Florida this 2nd day of June, 2010.

                                                   _____
                                                   BARRY L. GARBER
                                                   UNITED STATES MAGISTRATE JUDGE